UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| CATHERINE E. DREIER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:15-cv-00423 |
| v. | ) | |
| | ) | Judge Sharp |
| CAROLYN W. COLVIN, | ) | Magistrate Judge Knowles |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that *Plaintiff's Notice of Motion and Motion for Judgment on the Administrative Record* (Docket Entry No. 21) be remanded for further consideration of the medical evidence in light of the limitations opined by Richard Martin, M.D.[1] (Docket Entry No. 26).

No response in opposition was filed to the R & R. Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R of the Magistrate Judge.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 26) is hereby ACCEPTED and APPROVED;

(2) *Plaintiff's Notice of Motion and Motion for Judgment on the Administrative Record* (Docket Entry No. 21) is hereby GRANTED and REMANDED to the Commissioner.

---

[1] Because the Magistrate Judge recommended that the action be remanded, he did not analyze Plaintiff's remaining statements of error. *See* (R&R at p. 15).

(3) This Order terminates the Court's jurisdiction over this matter, and this case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE